IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ANTHONY BELL<br><br>   *Plaintiff,*<br><br>v.<br><br>PHH MORTGAGE CORPORATION, ET AL.<br><br>   *Defendant.* | Civil Action No.: 4:23-cv-01635 |

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

This matter having come before the Court on the stipulation between the parties; and the Court being otherwise fully advise in the premises;

It is hereby ORDERED, ADJUDGED and DECREED that all claims Plaintiff asserted, or could have asserted, against Defendant in this case are hereby DISMISSED WITH PREJUDICE; and it is further

ORDERED, ADJUDGED, and DECREED that all costs, expenses, and attorney fees are taxed against the party incurring same.

SIGNED this ____ day of _____, 2023.

_____
PRESIDING JUDE