United States District Court
Southern District of Texas
**ENTERED**
August 29, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANTHONY BELL | § § § § | |
| *Plaintiff,* | § | |
| v. | § § | Civil Action No.: 4:23-cv-01635 |
| PHH MORTGAGE CORPORATION, ET AL. | § § § | |
| *Defendant.* | § § | |

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

This matter having come before the Court on the stipulation between the parties; and the Court being otherwise fully advise in the premises;

It is hereby ORDERED, ADJUDGED and DECREED that all claims Plaintiff asserted, or could have asserted, against Defendant in this case are hereby DISMISSED WITH PREJUDICE; and it is further

ORDERED, ADJUDGED, and DECREED that all costs, expenses, and attorney fees are taxed against the party incurring same.

SIGNED this 29th day of August, 2023.

_____
PRESIDING JUDGE